**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| BRAD BORUK, <br>     PLAINTIFF, <br><br> v. <br><br> DEBT RECOVERY SOLUTIONS, LLC, <br>     DEFENDANTS | Case No. 4:13-cv-486 |

### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Brad Boruk, by his attorneys, states:

1. Plaintiff and Defendant have resolved their differences;

2. Plaintiff desires for his claims against Defendant be dismissed with Prejudice.

3. Plaintiff requests the Court enter an Order dismissing the claims against Defendant, WITH PREJUDICE.

                                                    Respectfully submitted,

                                                    /s/ Jeffrey D. Wood_____
                                                    Jeffrey D. Wood, Esq.
                                                    The Wood Firm, PLLC
                                                    ArkBN: 2006164
                                                    103 N. Goliad, Suite 204
                                                    Rockwall, TX  75087
                                                    TEL:  682-651-7599
                                                    FAX:  888-598-9022
                                                    EMAIL:  jeff@mmlaw.pro

                                                    Attorney for Plaintiff